UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:      Jeffrey A. Schurr<br>                       Debtor<br><br>SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust<br>                       Movant<br>v.<br><br>Jeffrey A. Schurr<br>Scott F. Waterman - Trustee<br>                       Respondents | CASE NO.: 17-13274-amc<br><br>CHAPTER 13<br><br>Judge:  Ashely M. Chan |

## CERTIFICATION OF DEFAULT

FRIEDMAN VARTOLO, LLP, attorneys for Movant, hereby certifies that the above-captioned Debtor has failed to comply with the terms of the Stipulation approved by the U.S. Bankruptcy Judge Ashely M. Chan on March 24, 2021. A copy of the Stipulation is attached hereto as **Exhibit "A"**.  Debtor is post-petition due for the August 1, 2021 through September 1, 2021 regular monthly mortgage payment in the amount of $1,209.61, accrued late charges of $231.18, less Debtor's suspense of $408.87.   The total post-petition due is $2,241.53.  (This amount does not include the October 1, 2021 payment in the amount of $1,209.62)   In accordance with the terms of said Stipulation agreed to by the parties, the Automatic Stay is hereby lifted as to permit Movant to proceed with their State Court remedies upon Debtor's property.

Dated: October 18, 2021

By:  /s/ *Lorraine Gazzara Doyle*
Lorraine Gazzara Doyle, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 230
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com